**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RONNY POLANCO,

        *Petitioner,*

v.

UNITED STATES OF AMERICA,

        *Respondent*.

Civil Action No. 03-4843 (KSH)

**ORDER**

For the reasons set forth in the accompanying opinion [D.E. 29],

**IT IS**, on this 11th day of July, 2014,

**ORDERED** that Polanco's 28 U.S.C. § 2255 motion [D.E. 1] is **DENIED**; and it is further

**ORDERED** that all of Polanco's associated filings [D.E. 4, 5, 16, 21, 22, 23, 24, 25] are **DENIED**; and it is further

**ORDERED** that a certificate of appealability shall not issue; and it is further

**ORDERED** that the Clerk of the Court close this case.

        /s/ Katharine S. Hayden
        Katharine S. Hayden, U.S.D.J.